

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

05 APR 21 PM 5: 1_

ROBERT R. DI ‛‛!O
CLERK, U.S. DI_ .JT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                            Cr. No. 05-20128 - MI

DEBORAH McGINNIS

        Defendant.

### ORDER GRANTING DEFENDANTS' MOTION TO WAIVE APPEARANCE AT REPORT

For good cause shown, defendant Deborah McGinnis' motion to waive her appearance at the report dates is hereby **GRANTED**. The defendant Deborah McGinnis shall not be required to appear for a report dates until after July 1, 2005, unless otherwise ordered by the Court and shall remain on her present bond and abide by the conditions set therein.

It is so **ORDERED**, this the _____21_____ day of April, 2005.

                    JON PHIPPS McCALLA
                    United States District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4.22-05

(16)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20128 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT