IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 27 PM 2: 09

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>_____ )<br>Deborah McGinnis )<br>_____ )<br>_____ )<br>_____ )<br>    Defendant(s). | Criminal No. 05-20128 Ml<br><br>(60-Day Continuance) |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the June 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, July 22, 2005, with trial to take place on the August, 2005, rotation calendar with the time excluded under the Speedy Trial Act through August 12, 2005. Agreed in open court at report date this 27th day of May, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6/3/05_

SO ORDERED this 27th day of May, 2005.

                     _____
                     JON PHIPPS McCALLA
                     UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney


_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20128 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT