FILED BY [signature] D.C.

05 JUN -3 PM 3: 16

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.** **Cr. No. 05-20128 - MI**

**DEBORAH McGINNIS**

**Defendant.**

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANY PRETRIAL MOTIONS**

For good cause shown, defendant Deborah McGinnis' motion for extension of time to file any pretrial motions is hereby **GRANTED.** The defendant Deborah McGinnis shall file any pretrial motion on or before: 20 days after defendants return from Kuwait.

It is so **ORDERED**, this the 3 day of June, 2005.

[signature]
**JON PHIPPS McCALLA**
**United States District Court Judge**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on [handwritten]

RECEIVED

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20128 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT