IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal No. 05-20128-M1 |
| DEBORAH McGINNIS, | ) MOTION GRANTED |
| Defendant. | ) |

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

July 8, 2005
DATE

## MOTION OF UNITED STATES FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS AND MEMORANDUM IN SUPPORT

Comes now the United States and moves this Honorable Court for eleven (11) days from the filing of this motion to respond to defendant's motion to suppress.

### MEMORANDUM IN SUPPORT

On June 30, 2005, defendant Deborah McGinnis filed a motion to suppress in the above-styled case. The undersigned Assistant United States Attorney handling this case left the United States on June 17, 2005 on government business. The undersigned did not return to the office until July 5, 2005. Due to the absence from the office and, in fact, from the United States of the undersigned attorney, the United States respectfully requests eleven (11) days from the date of the filing of this motion to respond to this motion to suppress filed by Ms. McGinnis.

The United States has attempted to contact Bruce I. Griffey, counsel for Ms. McGinnis, regarding this motion but has been unable to contact him.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: _____
Frederick H. Godwin
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#011501 Tennessee)

2

## **CERTIFICATE OF SERVICE**

I, Frederick H. Godwin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing **MOTION** has been mailed, first class postage pre-paid, to Bruce Griffey, 142 North Third Street, 3rd Floor, Memphis, TN 38103

This 7th day of July, 2005.

Frederick H. Godwin
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CR-20128 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT