FILED BY ___ D.C.

05 JUL 21 PM 3: 58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY ___ D.C.

05 JUL 20 PM 3: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DEBORAH McGINNIS, | ) |
| | ) |
| Defendant. | ) |

**Criminal No. 05-20128-M1**

MOTION GRANTED

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

July 21, 2005
DATE

---

### MOTION OF UNITED STATES FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS AND MEMORANDUM IN SUPPORT

---

Comes now the United States and moves this Honorable Court for an additional ten (10) days from the filing of this motion to respond to defendant's motion to suppress.

### MEMORANDUM IN SUPPORT

On June 30, 2005, defendant Deborah McGinnis filed a motion to suppress in the above-styled case. The undersigned Assistant United States Attorney handling this case left the United States on June 17, 2005 on government business. The undersigned did not return to the office until July 5, 2005. Due to the absence from the office of the undersigned attorney, the United States respectfully requested an additional eleven days to respond to said motion. Such request was granted by the court on July 8, 2005. Due to a backlog of case work and unforeseen work related events, the undersigned attorney requests an additional ten (10) days from the date of the filing of this motion to respond to this motion. The suppression hearing in this case is not set until August 19, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-22-05

35

Counsel for the defendant has been consulted and has no objection to said motion.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By:

Frederick H. Godwin
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(#011501 Tennessee)

## CERTIFICATE OF SERVICE

I, Frederick H. Godwin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing **MOTION** has been mailed, first class postage pre-paid, to Bruce Griffey, 142 North Third Street, 3rd Floor, Memphis, TN 38103

This 20th day of July, 2005.

Frederick H. Godwin
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CR-20128 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT