IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -1  AM 10: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                Cr. No. 05-20128 - MI

DEBORAH McGINNIS

    Defendant.

---

### ORDER RESETTING SUPPRESSION HEARING DATE

---

For good cause shown, and without objection by the government, defendant Deborah McGinnis' motion to reset the suppression hearing is hereby **GRANTED**. The suppression hearing is **RESET** Thursday, September 22, 2005, at 3:00 p.m.

It is so **ORDERED**, this the ___31___ day of July, 2005.

                                                      JON PHIPPS McCALLA
                                                     United States District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _8-1-05_

(41)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:05-CR-20128 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT