# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        Cr. No. 05-20128 - Ml

DEBORAH McGINNIS                MOTION GRANTED /s/ Jon P. McCalla
                                           JON PHIPPS McCALLA
                                           U.S. DISTRICT JUDGE

    Defendants.                       Nov. 21, 2005
                                                    DATE

## MOTION TO WAIVE OF APPEARANCE AT REPORT DATE AND REQUEST FOR ADDITIONAL TIME TO FILE POST HEARING MEMORANDUM

Comes now the defendant, Deborah McGinnis, through appointed counsel, Bruce I. Griffey, and respectfully moves this Honorable Court to permit her to waive her appearance at the report date set for Wednesday, November 23, 2005, at 9:00 am. In support of this motion, defense counsel would state he needs additional time to review the transcript and submit an appropriate post suppression hearing memorandum. In addition, Ms. McGinnis is aware of her rights to attend any pretrial proceeding, she wishes to waive that right and has previously executed a waiver in this case. Moreover, defendant currently lives in Virginia and travel to the Court just prior to the Thanksgiving Holiday would be both a financial and travel hardship.

Undersigned counsel contacted Assistant United States Attorney Fred Godwin by phone concerning defendant's request in this motion. Mr. Godwin indicates he has no objection to defense counsel's request.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-22-05

Respectfully submitted,

*[signature]*

BRUCE I. GRIFFEY, TBPR #014329
The Hardison Law Firm
119 South Main, Suite 300
Memphis, TN 38103
(901) 525-8776 Phone
(901) 525-8790 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to: Assistant U.S. Attorney Fred Godwin, 167 N. Main, Suite 800, Memphis, TN 38103, on this __17__ day of __Nov.__, 2005.

*[signature]*

BRUCE I. GRIFFEY

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:05-CR-20128 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT